Dismissed and Memorandum Opinion filed September 7, 2006








Dismissed
and Memorandum Opinion filed September 7, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00393-CV

____________

 

DORF KETAL CHEMICALS, L.L.C.,
Appellant

 

V.

 

INPUT/OUTPUT, INC.,
Appellee

 



 

On Appeal from the 268th District
Court

Fort Bend County,
Texas

Trial Court Cause No. 04CV138529

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 26, 2006.  On August 21, 2006, 

the parties filed a motion
to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 7, 2006.

Panel consists of Justices Fowler, Edelman and Frost.